**WARNER–LAMBERT COMPANY,**
**Plaintiff–Appellee,**

and

**Schwarz Pharma, Inc. and Schwarz Pharma AG, Plaintiffs–Appellees,**

v.

**TEVA PHARMACEUTICALS USA, INC., Defendant–Appellant.**

Nos. 2008–1150, 2008–1190.

United States Court of Appeals, Federal Circuit.

July 1, 2008.

Brian M. Poissant, Francis D. Cerrito, Daniel L. Malone, Jones Day, Joseph M. O'Malley, Jr., Bruce M. Wexler, Sandra Sung Ju Shim, Paul, Hastings, Janofsky & Walker, New York, NY, for Plaintiffs–Appellees.

David M. Hashmall, Keith A. Zullow, Emily L. Rapalino, Goodwin Procter LLP, New York, NY, Keith A. Zullow, Goodwin Procter LLP, Boston, MA, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).